# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK E. HORTON, | No. CV 13-2420-DSF(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| RICHARD B. IVES (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, without prejudice, for failure to exhaust administrative remedies.

DATED: 9/3/13

*Dale S. Fischer*

DALE S. FISCHER
United States District Judge